```
                                                              FILED
                                                         U.S. DISTRICT COURT
                                                         DISTRICT OF NEBRASKA

           IN THE UNITED STATES DISTRICT COURT           2008 JUN 23  PM 3: 14
                FOR THE DISTRICT OF NEBRASKA
                                                         OFFICE OF THE CLERK
```

UNITED STATES OF AMERICA,          )
                                   )        4:08CR3085
                    Plaintiff,     )
                                   )
     vs.                           )        ORDER
                                   )
DANIEL AMARO SANCHEZ,              )
                                   )
                    Defendant.     )

     The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named defendant in support of a request for appointed counsel. After a review of the Financial Affidavit, I find that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

     **IT THEREFORE HEREBY IS ORDERED** that Stu Dornan is appointed as attorney of record for the above-named defendant.

     **IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

     **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and the defendant's attorney.

     DATED June 23, 2008

                                        BY THE COURT

                                        /s/ Warren K. Urbom
                                        _____
                                        Warren K. Urbom
                                        United States Senior District Judge