IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3085 |
| | ) | |
| v. | ) | |
| | ) | TENTATIVE FINDINGS ON SECOND |
| DANIEL AMARO-SANCHEZ, | ) | REVISED PRESENTENCE |
| | ) | INVESTIGATION REPORT |
| Defendant. | ) | |
| | ) | |

    No statements indicating any objection to the Second Revised Presentence Investigation Report have been filed. Accordingly, I tentatively find that the Second Revised Presentence Investigation Report is true and accurate. Objections may be made at the time of the sentencing, but no evidence shall be received.

    Dated October 24, 2008.

                                BY THE COURT

                                s/ Warren K. Urbom
                                United States Senior District Judge