IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 4:08CR3085 |
| v. | ) ) | |
| DANIEL AMARO-SANCHEZ, | ) ) | ORDER GRANTING MOTION TO SEAL |
| Defendant. | ) ) | |

IT IS ORDERED that the Motion to Seal, filing, 37, is granted.

Dated October 21, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge